# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  CASE NO. 3:18cr25-MCR

**WILLIAM THOMAS DURHAM**
_____/

## FINAL ORDER OF FORFEITURE

This Court has considered, without hearing, the Government's Motion for Entry of Final Order of Forfeiture. ECF No. 67. This Court finds as follows:

WHEREAS, on March 27, 2018, a Federal Grand Jury sitting in the Northern District of Florida issued a one-count Indictment against the defendant, charging him with possession of a firearm by a convicted firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2); and

WHEREAS, the Indictment included a Criminal Forfeiture provision, pursuant to Title 18, United States Code, Section 3665, which put the defendant on notice that the United States would seek to forfeit the above-described property as property involved in the offense alleged in Count One; and

1

WHEREAS, on April 30, 2018, the defendant pled guilty to Count One of the Indictment. As part of his guilty plea, the defendant agreed that his sentence included the forfeiture of all forfeitable assets, which included the below-described property; and

WHEREAS, on June 8, 2018, this Court entered a Preliminary Order of Forfeiture against the following property;

    A.    **One Hi-Point C9 Pistol, Caliber: 9, Serial Number: 1582233;**

    B.    **Fifteen Rounds of Assorted Ammunition Caliber: 9; and**

WHEREAS, pursuant to Rule 32.2 (b)(4)(A) of the Federal Rules of Criminal Procedure, the Preliminary Order of Forfeiture became final as to the defendant, William Thomas Durham, at the time of his sentencing on February 13, 2019, in the above-listed property; and

WHEREAS, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of this forfeiture action and the intent of the United States of America to dispose of the property was published on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning June 12, 2018. Such notice informs all third parties of their right to file a petition within sixty (60) days of the first date of publication setting forth their interest in said property; and

WHEREAS, the government has no knowledge of any additional third party interest in the above-mentioned property and no person or entity has filed a claim, it is hereby

ORDERED, ADJUDGED and DECREED that the right, title and interest to the above-referenced property is hereby condemned, forfeited and vested in the United States of America and shall be disposed of in accordance with the law.

**SO ORDERED** this 9th day of July 2019.

    s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**